### 18032. ELLIS *v.* THE STATE.

LUKE, J. Evidence that the defendant and another negro, employees of the Atlantic Ice and Coal Corporation, were on their knees in the gear-room of that corporation, with a coat lying on the floor between them; that the defendant was shuffling cards; that when a policeman entered the room the other negro grabbed a number of pieces of silver money from the said coat, and that a third negro was standing with his hands on his knees apparently observing the proceedings, is sufficient to sustain the defendant's conviction of gaming. *Frost* v. *State,* 120 *Ga.* 311 (47

Gaming, 27 C. J. p. 1037, n. 1, 3, 4.

S. E. 901); *Welsh* v. *State*, 6 *Ga. App.* 783 (65 S. E. 815); *Simmons* v. *State*, 17 *Ga. App.* 288 (86 S. E. 657); *Griffin* v. *State*, 2 *Ga. App.* 534 (58 S. E. 781); *Washington* v. *State*, 24 *Ga. App.* 65 (100 S. E. 31); *Schley* v. *State*, 25 *Ga. App.* 549 (103 S. E. 799); *Roberts* v. *State*, 26 *Ga. App.* 66 (105 S. E. 707); *Griffin* v. *State*, 5 *Ga. App.* 43 (62 S. E. 685).

   *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

     DECIDED MAY 11, 1927.

Gaming; from city court of Americus—Judge Harper. February 25, 1927.

*Zach Childers,* for plaintiff in error.

*T. O. Marshall, solicitor,* contra.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*